No. 87–265.   KIMBERLIN v. OKLAHOMA.   Appeal from Ct. Crim. App. Okla. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 87–302.   AQUARIAN FOUNDATION ET AL. v. LAW OFFICES OF EDWARDS & BARBIERI.   Appeal from Ct. App. Wash. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 87–404.   MANUEL v. HUDGENS ET AL.   Appeal from Sup. Ct. Ga. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 87–5150.   BARONOWSKI v. THE UNCONSTITUTIONALITY OF TWO SUBSECTIONS OF THE PRIVACY ACT ET AL.   Appeal from D. C. E. D. La. dismissed for want of jurisdiction.

No. A–176 (87–5508).   ALMODOVAR v. CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Application for stay, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. A–207 (87–405).   IN RE YEE.   Application for stay and other relief, addressed to JUSTICE SCALIA and referred to the Court, denied.

No. 9, Orig.   UNITED STATES v. LOUISIANA ET AL.   Motion of the United States for leave to file a reply to the Exceptions of Mississippi out of time granted.   Exceptions to the Report of the Special Master are set for oral argument in due course.   Motion of the Special Master for additional compensation and reimbursement of expenses, as set forth in the motion, is granted, and it is ordered that such costs be borne equally by the United States and Mississippi.   JUSTICE MARSHALL took no part in the consideration or decision of these motions.   [For earlier order herein, see, e. g., 481 U. S. 1011.]

No. 94, Orig.   SOUTH CAROLINA v. BAKER, SECRETARY OF THE TREASURY.   Motion of South Carolina for divided argument to permit National Governors' Association to present oral argu-